## KING CUDJO v. STATE.

No. A-5487.   Opinion Filed May 8, 1926.
(245 Pac. 906.)

Anglin & Stevenson and Forest M. Darrough, for plaintiff in error.

The Attorney General, for the State.

BESSEY, P. J. King Cudjo, plaintiff in error, was convicted of the illegal possession of a still and mash fit for distillation. By verdict of the jury his punishment was fixed at a fine of $100 and confinement in jail for 90 days. From the judgment on this verdict he appeals.

The evidence upon which this conviction rests was procured by means of a search warrant issued upon an affidavit which was not sufficient to give the magistrate jurisdiction to issue it. A private residence is immune from search and seizure, unless a showing is made by sufficient affidavit that the residence or a portion of it is a store, rooming house, place of storage, or a place of public resort. No such showing was made in this case.

The cause is reversed, with instructions to dismiss the action.

DOYLE and EDWARDS, JJ., concur.